## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Patrick J. Green II                          CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-22494 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                                                     Respectfully submitted,

                                         /s/ Brian C. Nicholas

                                         Brian Nicholas
                                         01 Sep 2020, 15:14:56, EDT

                                         Brian C. Nicholas, Esquire
                                         Attorney I.D. No. 317240
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         bkgroup@kmllawgroup.com